AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

ALTON SHARAN SAPP,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

          **v.**

CASE NUMBER: CV123-27

THE PERSONAL PROPERTY KNOWN AS THE
COUNTY OF BURKE(A STATE OF GEORGIA
MUNICIPAL CORPORATION) ALONG WITH ALL OF
ITS APPURTENANCES, AND ATTACHMENTS,

    Defendant,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated May 24, 2023, the Report and Recommendation of the

Magistrate Judge is adopted  as the opinion of this Court. Therefore, the Court dismisses Plaintiff's

complaint. This civil action stands closed.



May 24, 2023
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020